| | |
|---|---|
| 1<br>2<br>3<br>4 | DAVID H. BARTICK<br>LAW OFFICES OF DAVID H. BARTICK<br>*Certified Specialist, Criminal Law*<br>California State Bar No. 126132<br>101 West Broadway, Suite 1950<br>San Diego, California 92101-8220<br>Telephone: (619) 231-8900 |
| 5 | Attorney for Defendant<br>Ismael Bribiescas-Romero |

FILED

2006 OCT 13 AM 10:43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Dana M. Sabraw, Judge)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ISMAEL BRIBIESCAS-ROMERO,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No. 04CR2075-DMS<br><br>EX-PARTE APPLICATION FOR:<br>ADDITIONAL INTERPRETER FEES<br>WITH SUPPORTING DECLARATION<br>OF DAVID H. BARTICK AND<br>PROPOSED ORDER THEREON |

COMES NOW, ISMAEL BRIBIESCAS-ROMERO, by and through his attorney, DAVID H. BARTICK, and hereby requests the Court to allow the payment of interpreter fees in excess of the $500.00 pursuant to Title 18 U.S.C. section 3006A(e)(2)(B).

This request is based upon the Declaration of DAVID H. BARTICK and all pleadings in the matter herein.

### DECLARATION OF DAVID H. BARTICK

I, DAVID H. BARTICK, do hereby declare as follows:

1. I am the attorney of record in the matter herein, appointed to represent Ismael Bribiescas-Romero. Mr. Bribiescas-Romero was charged with 21 U.S.C. §§952, 960, importation and distribution of two tons of marijuana. The case was tried to a hung jury, and the matter resolved just prior to the commencement of the retrial.

2. My client Mr. Bribiescas-Romero is Spanish speaking, and I have enlisted the services

of Tere Cox, a private interpreter to enable me to communicate with Mr. Bribiescas-Romero.

3. I have been informed by Ms. Cox that she has utilized the $500.00 which is authorized under 18 USC §3006A, and that she has expended a total of 26.70 hours of interpreting services. Ms. Cox not only assisted me in communicating with Mr. Bribiescas-Romero, but she also assisted with my communication with Mr. Bribiescas-Romero' family. Therefore, because Ms. Cox's services were essential to the adequate representation of my client, it is respectfully requested that this Court authorize an additional $701.50 for interpreting services, for a total amount of $1,201.50.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 25th day of September 2006.

_____
DAVID H. BARTICK
Appointed Counsel for Defendant
Ismael Bribiescas-Romero

# ORDER

GOOD CAUSE APPEARING, it is hereby authorized and ordered that extraordinary expenses not to exceed an additional $701.50, for a total amount of $1,201.50, are approved at this time for interpretive services.

**IT IS SO ORDERED.**

Dated: 10-10-06

_____
DANA M. SABRAW
United State District Court Judge